No. 12–6554. EMERSON ET VIR v. ALY ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 12–6556. DANIELS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6640. MIZUKAMI v. EDWARDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6689. BENAVIDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6745. VALENTIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6768. BRYANT v. LUFKIN INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 12–6800. LILLARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6879. KISKILA ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7148. BUDHA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7159. JACKSON v. HOUK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7170. HAYNES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7250. CHATMAN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 12–7258. BROWN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7331. DUNLAP v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.